United States District Court
Southern District of Texas
**ENTERED**
August 28, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KINDER MORGAN, INC., § § Plaintiff. § § VS. § UNITED STEEL, PAPER, AND § FORESTRY, RUBBER, § MANUFACTURING, ENERGY, § ALLIED-INDUSTRIAL AND § SERVICE WORKERS § INTERNATIONAL UNION, § AFL-CIO, CLC, ET AL., § § Defendants. § | CIVIL ACTION NO. 4:19-CV-01677 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 13, 2020, United States Magistrate Judge Andrew M. Edison filed a Memorandum and Recommendation (Dkt. 45) recommending that Plaintiff Kinder Morgan, Inc.'s ("Kinder Morgan") Motion for Summary Judgement (Dkt. 29) be **GRANTED** and Defendants' United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied-Industrial and Service Workers International Union, AFL-CIO, CLC and its Local Union No. 13-227 (collectively, "USW Defendants") Motion for Summary Judgment (Dkt. 28) be **DENIED**.

On August 27, 2020, Kinder Morgan filed Objections to the Magistrate's Report and Recommendation (Dkt. 46). In accordance with 28 U.S.C. § 636(b)(1), this Court is required to "make a de novo determination of those portions of the [magistrate judge's]

report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that

(1) Judge Edison's Memorandum and Recommendation (Dkt. 45) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Kinder Morgan's Motion for Summary Judgment (Dkt. 29) is **GRANTED** and USW Defendants' Motion for Summary Judgment (Dkt. 28) is **DENIED.**

It is so **ORDERED**.

SIGNED at Houston, Texas, this 28th day of August, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE